1 | **MILLER SHAH LLP**
2 | Ronald S. Kravitz (SBN 129704)
3 | 465 Montgomery Street, Suite 1900
   | San Francisco, CA 94104
4 | Telephone: (415) 429-5272
   | Facsimile: (866) 300-7367
5 | Email: rskravitz@millershah.com
6 |
   | *Attorney for Plaintiff*
7 |
8 |                    UNITED STATES DISTRICT COURT
9 |                   CENTRAL DISTRICT OF CALIFORNIA

10 | MARY NGUYEN, individually and on behalf of all others similarly situated,   Case No. 8:23-cv-854-FWS-ADS
11 |
12 |                        Plaintiff,                                            **JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER**
13 |             vs.
14 | WESTLAKE SERVICES HOLDING COMPANY, *et al.*,
15 |
16 |                        Defendant

                                                                JOINT MOTION TO MODIFY
                                                                   SCHEDULING ORDER

Plaintiff Mary Nguyen ("Plaintiff") and Defendants Westlake Services Holding Company, Westlake Services Holding Company Employee Stock Ownership Plan, Westlake Services Holding Company Employee Stock Ownership Plan Committee, Don Hankey, Bret Hankey, Ian Anderson, Paul Kerwin, Eugene Leydiker, and Gracia Ang (together, "Defendants") (Plaintiff and Defendants together, the "Parties"), by through their undersigned counsel, respectfully move the Court to modify the scheduling order and extend deadline by approximately forty-five (45) days to allow the Parties to continue their efforts to settle the matter through private mediation.

In further support, the Parties state as follows:

1. Plaintiff filed her Complaint on May 15, 2023. Dkt. 1.

2. Defendants subsequently moved to dismiss the Complaint in its entirety pursuant to Fed. R. Civ. P. 12(b)(6). *See* Dkt. 12.

3. On January 11, 2024, the parties submitted a Joint Stipulation to Stay the Proceedings for Ninety (90) Days For Mediation. Dkt. 31.

4. On January 16, 2024, the Court issued its Order Re Joint Stipulation to Stay Proceedings for Ninety (90) Days for Mediation. Although the Court declined to stay all case deadlines, the Court did modify the case schedule by extending all deadlines by approximately ninety (90) days, to allow the Parties to focus on mediation. and the Court additionally ordered the Parties to file a Joint Status Report on or before April 25, 2024.  Dkt. 36.

5. On February 5, 2024, the Court entered an order granting in part and denying in part Defendants' Motion (ECF No. 37 (the "Order")). The Order dismissed six of Plaintiff's claims (Counts I, II, VI, VII, and VIII) with "leave to amend," stating "[a]n amended complaint that comports with the rulings in this Order SHALL BE FILED within thirty (30) days of this Order." The Order denied dismissal of the remaining claims (Counts IV and V).

``

6. On March 4, 2024, Plaintiff filed her First Amended Complaint. Dkt. 38.

7. On March 5, 2024, the Parties engaged in a preliminary mediation session with Robert Meyer of JAMS to explore the possibility of resolving Plaintiff's claims. But due to the fact that Plaintiff had only just filed the First Amended Complaint, which includes an expanded putative class definition (among other modifications), the Parties were unable to settle the action at the conclusion of the mediation session. However, the Parties are continuing their settlement discussions and exchange of relevant information and documents and have scheduled a second day of mediation before Mr. Meyer on April 29, 2024.

8. On March 6, 2024, the Parties filed a Stipulation Regarding Defendants' Deadline to Respond to the Amended Complaint, requesting that Defendants have an additional fourteen (14) days to respond to the First Amended Complaint, up to and including April 1, 2024, which the Court granted. Dkts. 39, 40.

9. Based on the March 5 mediation and recent discussions between counsel, the Parties believe their settlement prospects would be improved significantly if they can continue to focus exclusively on the mediation process in the short term, without having to expend time and resources on other litigation activity, including discovery, responding to the First Amended Complaint, class certification briefing, and the like—all of which currently have deadlines on the horizon. *See* Dkt. 25; Dkt. 32, Dkt. 36 (Order Modifying Scheduling Order); Dkt. 40. To that end, the Parties respectfully submit that their forthcoming settlement efforts will benefit from a further modification of the existing case deadlines.

10. More specifically, the Parties respectfully request that the Court modify the deadlines as prescribed in the operative scheduling order by extending the current dates by approximately forty-five (45) additional days to allow the Parties to continue the private mediation to try to resolve this dispute. Thus, the Parties propose the following modified schedule:

| EVENT | Current Dates | Proposed Dates |
|---|---|---|
| Check one: [ ] Jury Trial or [x] Bench Trial **Tuesday at 8:30 a.m.** | First Day 3/11/2025 | First Day: 4/29/2025 |
| Parties' Estimated Trial Length | <u>5- 10 days</u> | **5-10** days |
| Final Pretrial Conference & Hearing on Motions in Limine **[Thursday at 8:30 a.m., at least 12 days before trial]** | *2/6/2025* | *3/20/2025* |
| Last Date for Defendants to File Response to the First Amended Complaint | *4/1/2024* | *05/13/2024* |
| Last Date to File Motion for Class Certification | *5/2/2025* | *6/20/2024* |
| Last Date to File Opposition to Motion for Class Certification | *5/23/2024* | *7/10/2024* |
| Last Date to File Reply in Support of Motion for Class Certification | *6/13/2024* | *7/31/2024* |
| Hearing on Motion for Class Certification **[Thursday at 10:00 a.m.]** | *7/11/2024* | *8/22/2024* |
| Last Date to Hear Motion to Amend Pleadings /Add Parties [Thursday] | *12/7/2023* | *12/7/2023* |
| Non-Expert Discovery Cut-Off **(no later than deadline for filing dispositive motions)** | *7/25/2024* | *9/25/2024* |
| Expert Disclosure (Initial) | *8/8/2024* | *9/19/2024* |
| Expert Disclosure (Rebuttal) | *8/22/2024* | *10/3/2024* |
| Expert Discovery Cut-Off | *9/5/2024* | *10/17/2024* |
| Last Date to **Hear** Motions **[Thursday]** • Motion for Summary Judgment due at least 6 weeks before hearing • All other motions due at least 4 weeks before hearing • Opposition due 2 weeks after Motion is filed • Reply due 1 week after Opposition is filed | *10/31/2024* | *12/12/2024* |
| Deadline to Complete Settlement Conference [L.R. 16-15] | *11/14/2024* | *12/26/2024* |
| Select one: [ ] 1. Magistrate Judge (with Court approval) [ ] 2. Court's Mediation Panel [x] 3. Private Mediation | | |
| **Trial Filings (first round)** • Motions in Limine with Proposed Orders | | |

3  JOINT STIPULATION TO MODIFY SCHEDULING ORDER

| | |
|---|---|
| • *Daubert* Motions with Proposed Orders[2]<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52]<br>(bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only)<br>• *Affirmative Deposition Designation(s)* | |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• Oppositions to *Daubert* Motions[3]<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only)<br>• Objections and Counter Deposition Designation(s)<br>• Objections to Counter Designation(s) and Counter-Counter Deposition Designation(s) | |

11. The Parties further propose that they file a joint status report by May 6, 2024 to apprise the Court about the outcome of mediation and to offer their proposals about next steps. If the Parties reach a settlement, the Parties anticipate that the status report will propose next steps and deadlines for finalizing the settlement, including Court approval as may be required.

12. The Parties certify that this request is being made in good faith for the purpose of facilitating more meaningful settlement discussions, and not for the purpose of delay or any other improper purpose.

WHEREFORE, the Parties respectfully request that the Court modify the case deadlines for approximately forty-five (45) days to allow the Parties to complete the private mediation, and that the Court order that the Parties file a joint status report by May 6, 2024.

By: *Ronald S. Kravitz*

Ronald S. Kravitz (SBN 129704)
**MILLER SHAH LLP**
465 Montgomery Street, Suite 1900
San Francisco, CA 94104
Telephone: (415) 429-5272
Facsimile: (866) 300-7367
Email: rskravitz@millershah.com

*Attorney for Plaintiff*

By: *Julianne G. Park*

Julianne G. Park
**MORGAN, LEWIS & BOCKIUS LLP**
300 South Grand Ave., 22nd Fl.
Los Angeles, CA 90071
Tel.: +1.213.612.2500
Fax.: +1.213.612.2501
julianne.park@morganlewis.com

Matthew J. Sharbaugh
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel.: +1.202.739.3000
Fax.: +1.202.739.3001
matthew.sharbaugh@morganlewis.com

Jeremy P. Blumenfeld (*pro hac vice*)
Jared R. Killeen (*pro hac vice*)
2222 Market Street
Philadelphia, PA 19103
Tel: +1.215.963.5000
Fax: +1.215.963.5001
jeremy.blumenfeld@morganlewis.com
jared.killeen@morganlewis.com

*Attorneys for Defendants*