UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 23-00854-FWS (ADSx) | Date | May 2, 2024 |
|---|---|---|---|
| Title | Mary Nguyen v. Westlake Services Holding Company et al | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                        None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER VACATING PENDING MOTIONS, PRETRIAL DEADLINES, PRETRIAL CONFERENCE, AND TRIAL DATE IN LIGHT OF SETTLEMENT**

On May 2, 2024, Plaintiff filed a Notice of Settlement regarding all defendants in this action.   In light of the settlement, all pending motions, the pending pretrial deadlines, pretrial conference, and trial are hereby **VACATED** and taken **OFF CALENDAR**.   The Parties inform the Court that they are working to memorialize their agreement and prepare the appropriate papers to submit to the Court for preliminary approval under Federal Rule of Civil Procedure 23.

Plaintiff is ordered to file an appropriate motion for preliminary approval of the settlement and all necessary and appropriate supporting papers by **June 28, 2024.**

Initials of Deputy Clerk   mku

cc: